MICHAEL J. VARTAIN [SBN 92366]
WILLIAM C. TEELING [SBN 296155]
**VARTAIN LAW GROUP**
601 Montgomery Street, Suite 780
San Francisco, CA 94111-2664
Telephone: [415] 391-1155
Facsimile: [415] 391-1177

Attorneys for Defendant
UNIVERSITY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. SAMUEL OVERBECK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SAN FRANCISCO, a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: **2:15-cv-00276-GEB-AC**<br><br>**DISCOVERY**<br><br>**STIPULATION AND ORDER [PROPOSED] REGARDING DEFENDANT'S DEPOSITION OF PLAINTIFF AND TO CONTINUE DEADLINE FOR EXPERT WITNESS DISCLOSURES**<br><br><br>Judge:　　　　Hon. Garland E. Burrell<br>Trial Date:　　November 1, 2016<br>Complaint Filed:　January 8, 2015 |

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between Plaintiff J. Samuel Overbeck ("Plaintiff") and Defendant University of San Francisco ("the University"):

That the University has been diligent in attempting to schedule and complete Plaintiff's deposition.

That Plaintiff has stated his availability to sit for his deposition in Sacramento, California on January 28 and 29, 2016, the earliest dates of availability that Plaintiff has provided to sit for his deposition in the Eastern District of California.

That, pursuant to the Court's April 27, 2015 Status (Pretrial Scheduling) Order: "Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before January 15, 2016, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before February 16, 2016."

That, given that the University's deposition of Plaintiff will not be completed until January 29, 2016, good cause exists for the Court to continue the deadline for the parties' expert witness disclosures thirty days, until February 14, 2016, such that the parties will have an opportunity to evaluate their need for expert witnesses after completion of Plaintiff's deposition.

That, good cause also exists for the Court to continue the deadline for the parties' disclosure of rebuttal experts twenty-eight days, until March 15, 2016.

Now therefore it is hereby stipulated that:

(1)   Plaintiff, without failure or excuse, other than unforeseen and unavoidable emergencies, will appear to sit for his deposition in Sacramento, California, and will sit for and give his deposition under oath and to completion, with the deposition to begin on January 28, 2016 and to continue on January 29, 2016.

(2)   The period of time for the parties to make initial disclosure of experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and (C) is continued thirty (30) days, until February 14, 2016.

\ \ \

**OVERBECK v UNIVERSITY OF SAN FRANCISCO [2:15-CV-00276-GEB-AC] – STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S DEPOSITION AND EXPERT DISCLOSURES**

S:\Client\101 USF\059 Sam Overbeck\Discovery\Stipulation re Plfs Deposition.doc                                                                -1-

\ \ \

(3)     The period of time for the parties to make disclosure of rebuttal experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) is continued twenty-eight (28) days until March 15, 2016.

**SO STIPULATED:**

DATED:   January 4, 2016          **FOOS GAVIN LAW FIRM, P.C.**


BY: _____
SEAN GAVIN
Attorney for Plaintiff
J. SAMUEL OVERBECK


DATED:   January 4, 2016          **VARTAIN LAW GROUP**


BY: _____
MICHAEL J. VARTAIN
WILLIAM C. TEELING
Attorneys for Defendant
UNIVERSITY OF SAN FRANCISCO

---

**OVERBECK v UNIVERSITY OF SAN FRANCISCO [2:15-CV-00276-GEB-AC] – STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S DEPOSITION AND EXPERT DISCLOSURES**

**[PROPOSED] ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED:

1) Plaintiff J. Samuel Overbeck, without failure or excuse, other than unforeseen and unavoidable emergencies, will appear to sit for his deposition in Sacramento, California, and will sit for and give his deposition under oath and to completion, with the deposition to begin on January 28, 2016 and to continue on January 29, 2016.

2) The period of time for the parties to make initial disclosure of experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and (C) is continued thirty (30) days, until February 14, 2016.

3) The period of time for the parties to make disclosure of rebuttal experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) is continued twenty-eight (28) days until March 15, 2016.

Dated: January 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**OVERBECK v UNIVERSITY OF SAN FRANCISCO [2:15-CV-00276-GEB-AC] – STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S DEPOSITION AND EXPERT DISCLOSURES**

S:\Client\101 USF\059 Sam Overbeck\Discovery\Stipulation re Plfs Deposition.doc    -3-